# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MARTENIES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KILILO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | 3:22-cv-00222-MMD-CSD<br><br>**ORDER** |

On August 8, 2022, the court entered an Order Concerning Review of Social Security Cases. (ECF No. 18.) To date, Plaintiff has failed to comply with the order, particularly paragraph 1 which required Plaintiff to file, within sixty (60) days of the date of the court's order, a motion for reversal and/or remand.

Plaintiff shall have **thirty (30) additional days** from the date of this order within which to comply with the Order Concerning Social Security Cases (ECF No. 18). Failure to comply may result in dismissal of this action.

**IT IS SO ORDERED.**

DATED: October 14, 2022.

_____
UNITED STATES MAGISTRATE JUDGE